BILL LIETZKE
P. O. BOX 4732
MONTGOMERY, ALABAMA    36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS

FILED

JUN 0 8 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

BILL LIETZKE,                    ) CASE NO.
                                 )
              PLAINTIFF,         )
                                 )   W20CA516
VS.                              )
                                 )
GREYHOUND LINES, INC.,           )
                                 )
              DEFENDANTS.        )

1.  And I looked and beheld a pale horse, YOU, and the name of them that sat upon it was Death, YOU, and Hell followed, YOU, and it set out to conquer a fourth part of the Earth, to kill with the sword, and with hunger, and with the beasts of the Earth, and with Death, YOU.

2.  And I saw the Great White Throne Judgment, and Him that sat upon it from whose face the Earth and Heaven fled away, and there was found no place for them, YOU, and the books were opened, YOU, and another book was opened which is the Book of Life, and I saw the dead, YOU, both great and small, and the dead, YOU, and the dead, YOU, were judged out of those things which were written in the books according to their works.

3.  And Death and Hell, YOU, were cast into the Lake of Fire, YOU. This is the Second Death, YOU,  And whosoever, YOU, was not found written in the Book of Life was cast into the Lake of Fire, YOU. VALIDATED, VERIFIED, CERTIFIED, AND CONFIRMED, MAY 12, 2020

4.  Jurisdiction founded on the existence of a federal question and amount in controversy.

5.  The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

6.  The amount in controversy exceeds, exclusive of intersts and costs, the sum of $1,000,000,000.00.

7. On or about April 20, 2018 at about 5:30p.m., on the date the Plaintiff arrived at the Birmingham, Alabama Greyhound Lines terminal by Greyhound bus from the Nashville, Tennessee Greyhound Lines terminal, Greyhound Lines, Inc. procured false imprisonment of, unlawful arrest of, harassment of, and unlawful violation of the personal liberty of the Plaintiff for any appreciable time, however brief. Greyhound Lines, Inc. committed said non-consentual, intentional confinement of the Plaintiff without lawful privilege therefor and for any appreciable time however brief in the Birmingham City Jail. Greyhound Lines, Inc. purposely deprived the Plaintiff of freedom of movement by use of physical barrier and force and other unreasonable duress without the Plaintiff's consent which harmed the Plaintiff, and such harm was substantially caused by the Defendants' conduct.

8. On or about April 20, 2020, at about 5:30p.m., Greyhound Lines, Inc. struck, shoved, kicked, and touched the Plaintiff and subjected the Plaintiff to unlawful physical contacts.

9. As a proximate result of the Defendants' acts, Greyhound Lines, Inc. violated the Plaintiff's First, Second, Third, Fourth, Fifth,, Sixth, and Seventh Amendment rights of the United States Constitution.

Wherefore Plaintiff will receive this Judgment, Wherefore Plaintiff orderes this Judgment, Wherefore Plaintiff demands this Judgment, WHEREFORE THIS IS YOUR JUDGMENT:

1. And I looked and beheld a pale horse, YOU, and the name of them that sat upon it was Death, YOU, and Hell followed, YOU, and it set out to conquer a fourth part of the Earth, to kill with the sword, and with hunger, and with the beasts of the Earth, and with Death, YOU.

2.   And I saw the Great White Throne Judgment, and Him that sat upon it from whose face the Earth and Heaven fled away, and there was found no place for them, YOU, and the books were opened, YOU, and another book was opened which is the Book of Life, and I saw the dead, YOU, both great and small, and the dead, YOU, and the dead, YOU, were judged out of those things which were written in the books according to their works.

3.   And Death and Hell, YOU, were cast into the Lake of Fire, YOU. This is the Second Death, YOU.  And whosoever, YOU, was not found written in the Book of Life was cast into the Lake of Fire, YOU.